BROWN & BIGELOW, Appellant, *v.* REMEMBRANCE ADVERTISING PRODUCTS, INC., et al., Respondents.

Argued November 18, 1952; decided January 15, 1953.

*Joe E. Daniels* and *Louis Kunin* for appellant.

*Sydney D. Robins* and *Jacob Goodman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.